# EXHIBIT A

**Barry Goheen**

| | |
|---|---|
| **From:** | Mark Schmitz <ms@belllawkc.com> |
| **Sent:** | Wednesday, November 3, 2021 3:11 PM |
| **To:** | Bryce Bell; Andrew Taylor; David Stein; Dasha Sominski; Kyla Gibboney; Barry Goheen |
| **Subject:** | [External Sender]Wright v. GreenSky - ESI Protocol |
| **Attachments:** | Wright v. GreenSky - Proposed ESI Protocol.docx |

Hi Barry,

As you are aware, we made our initial requests for production in this case on February 3, 2021. To date, GreenSky has not produced any responsive documents. Discovery in this case has not been stayed and continues to be subject to Judge Bloom's scheduling order. In light of this accelerated schedule which sets completion of class certification discovery at March 16, 2022, it is imperative that GreenSky begin production promptly. Please let us know when we should expect to receive the requested documents.

In anticipation of production, we would also like to discuss and establish an ESI and document production protocol. Please provide your comments to the attached protocol *no later than November 5th*.

Thanks,

Mark

Mark W. Schmitz
Bell Law, LLC
2600 Grand Blvd., Ste 580
Kansas City, Missouri
T: 816-886-8206
F: 816-817-8500
D: 816-698-5208

1