# EXHIBIT B

| | |
|---|---|
| **From:** | Brian E. Johnson <BEJohnson@cohenmilstein.com> |
| **Sent:** | Wednesday, December 22, 2021 10:27 PM |
| **To:** | Barry Goheen; David Stein; Bryce Bell; Victoria S. Nugent; Karyn Gibbons; Mark Schmitz; Andrew Taylor; Andre Mura |
| **Subject:** | RE: GreenSky adv. Wright -- Ltr to Counsel 12-8-21 |

Dear Barry,

We appreciate your agreement to provide Plaintiffs with an extension on the discovery responses. Plaintiffs have no objection to the 7-day extension you've requested on the motion to compel. Additionally, should GreenSky require additional time to respond to Plaintiffs' seven interrogatories, Plaintiffs will agree to a 14-day extension. That said, Plaintiffs would note that we believe the responses to those interrogatories would be beneficial to our settlement discussions at the mediation scheduled in late January.

On the ESI protocol, Plaintiffs will agree to GreenSky's proposed language on point 2. Plaintiffs will also agree to file an ESI protocol that does not include GreenSky's intended quality control mechanism, even though, as GreenSky acknowledges, the ESI checklist encourages the parties to include it. That said, Plaintiffs' agreement not to include such language is not indicative of any intention by Plaintiffs to waive their ability to pursue information on both the quality control method used, and the responsiveness rates, should the production be paltry and indicate that the search terms utilized are not providing an adequate responsiveness rate.

On the remaining issues, of custodians, search terms, and the time period for the ESI search, Plaintiffs will follow up on these issues in the New Year.

Enjoy your holidays.

Sincerely,

Brian Johnson


**From:** Barry Goheen <Barry.Goheen@fisherbroyles.com>
**Sent:** Tuesday, December 21, 2021 5:11 PM
**To:** Brian E. Johnson <BEJohnson@cohenmilstein.com>; David Stein <ds@classlawgroup.com>; Bryce Bell <bbb@belllawkc.com>; Victoria S. Nugent <VNugent@cohenmilstein.com>; Karyn Gibbons <kgibbons@reyeslawfirmpa.com>; Mark Schmitz <ms@belllawkc.com>; Andrew Taylor <AT@belllawkc.com>; Andre Mura <amm@classlawgroup.com>
**Subject:** [EXTERNAL] RE: GreenSky adv. Wright -- Ltr to Counsel 12-8-21

Happy to provide an extension; I expect GreenSky will need one as well on the response to the interrogatories and assume there will be reciprocity if and when it becomes necessary to ask. It won't exceed the 14 days you are seeking. We will need a 7-day extension to respond to the MTC for sure and I am formally requesting that now.

Here is a response to the items below:

1. Agreed, as noted

2. We will agree to the following language: "If production is performed on a rolling basis, upon written request, the producing party shall attempt in good faith to provide an update to the requesting party within a reasonable time period."

1

3. I've reviewed the checklist and cannot agree to the proposal. The SD Fla ESI checklist merely "encourages" the parties to discuss various issues, and the proposal just increases, unnecessarily, the costs to GreenSky of what already will be an expensive process.

4. Custodians: The proposal was we would agree to search Davis if you stood down on Zalik and Benjamin. Instead, you included them in the motion to compel. Accordingly, we will not search Davis.

5. Search Terms: we will not be in a position to finalize proposed search terms today. End of year rush, along with increased Covid protocols, has complicated this (and other) issues here. Nevertheless, you are aware of what the search terms and protocols were in Moore, and I have said multiple times that GreenSky will abide by those here so as to not duplicate efforts from the prior case, other than the obvious fact that different states are involved. Beyond that distinction, GreenSky will do what it did in Moore, and that should be sufficient here.

6. Time Period: You expressed a concern that GreenSky was limiting its search and production to the opening date of the proposed class period (7/17/16). I confirmed on our recent call that we haven't done that and are not doing that. As for the notion that "GreenSky cannot refuse to search for relevant documents simply because they do not fall within the five month period the incorporates the non-arbitration class," I fully agree – but no document outside that time period can be "relevant," and you have made no argument that I'm aware of as to how a document from, say, 2019 could possibly bear on the allegations regarding the proposed class, which have now been properly limited to a 102-day period in 2016.

I think that covers everything, although I would note that on the depositions I doubt anyone is going to be too anxious to take them in person given recent developments, so my prior expressed intention to take the in person may need to be walked back. We'll see how it plays out in the next few weeks.  Thanks.

**Barry Goheen, Esq.**
**FisherBroyles, LLP**
**4279 Roswell Road, Suite 208 #351**
**Atlanta, GA 30342**
barry.goheen@fisherbroyles.com
Direct: 404.793.3093

We will never use email to notify you of a change to any bank account details we have already provided to you. If you receive any email purporting to come from this firm which seeks to do this, then please contact us immediately by telephone and do not act on it or reply to it.  We cannot accept responsibility for any loss if you do not follow these instructions.