UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALEXISS WRIGHT, JERRICK BUCK, and
YVONNE BUCK,
Individuals, on behalf of themselves
and others similarly situated,

    Plaintiffs,                      CASE NO.:  20-CIV-62441-BLOOM/Valle

vs.

GREENSKY, INC., *et al.,*

    Defendants.

_____/

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF EMAIL ADDRESSES**

PLEASE TAKE NOTICE that Jose Leon, Esq., of the law firm of Gordon & Rees Scully Mansukhani hereby files his Notice of Appearance as counsel for Non-Party, SERVICETITAN, INC. Undersigned counsel requests that the Clerk of Court enter his appearance and that copies of all pleadings, notices, correspondence, and other papers and filings in this matter be forwarded to the following email addresses: jleon@grsm.com and dsalinas@grsm.com.

Respectfully submitted this 25th day of May 2022.

                                              By: ___*s/ Jose I. Leon*_____
                                              Jose I. Leon, Esq.
                                              Florida Bar No. 0958212
                                              jleon@grsm.com
                                              GORDON & REES
                                              SCULLY MANSUKHANI
                                              100 SE Second Street, Suite 3900
                                              Miami, Florida 33131
                                              Telephone:  305-428-5330
                                              Facsimile:  877-644-6209
                                              *Counsel for Defendant*
                                              *ServiceTitan, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF on the 25th day of May 2022, which will serve a copy of this document by electronic notice to the attorneys identified on the following Service List.

/s / *Jose Leon*
Jose Leon

**Service List**

| | |
|---|---|
| Leslie M. Kroeger, Esq.<br>**Cohen Milstein Sellers & Toll, PLLC**<br>11780 US Highway One Suite N500<br>Palm Beach Gardens, FL 33408<br>Telephone: 561.515.1400<br>Fax: 561.515.1401<br>lkroeger@cohenmilstein.com<br>mcolla@cohenmilstein.com | Victoria S. Nugent (pro hac vice)<br>Brian E. Johnson (pro hac vice)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW ● Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>Vnugent@cohenmilstein.com<br>BEJohnson@cohenmilstein.com |
| Bryce Bell (pro hac vice)<br>Mark W. Schmitz (pro hac vice)<br>Andrew R. Taylor (pro hac vice)<br>**BELL LAW, LLC**<br>2600 Grand Blvd., Suite 580<br>Kansas City, MO 64108<br>T: 816-886-8206<br>F: 816-817-8500<br>bryce@belllawkc.com<br>ms@belllawkc.com<br>at@belllawkc.com | David Stein (pro hac vice)<br>Kyla J. Gibboney (pro hac vice)<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612-1406<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>ds@classlawgroup.com<br>kjg@classlawgroup.com |
| Irene Oria, Esq.<br>Barry Goheen (pro hac vice)<br>**FisherBroyles, LLP**<br>199 E. Flagler St. #550<br>Miami, FL 33131<br>Tel.: (305) 536-2838<br>Facsimile: (305) 536-2838<br>Email: irene.oria@fisherbroyles.com<br>Email: barry.goheen@fisherbroyles.com | |