UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-62441-BB

ALEXISS WRIGHT,
JERRICK BUCK, and YVONNE BUCK,
individuals, on behalf of themselves and
others similarly situated,

    Plaintiffs,

vs.

GREENSKY, INC., GREENSKY, LLC,
GREENSKY HOLDINGS, LLC, and
GREENSKY MANAGEMENT
COMPANY, LLC

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney **Leslie M. Kroeger** files this Notice of Change of Address on behalf of David K. Stein, Kyla J. Gibboney, and Iudis Sominskaia, who are admitted *pro hac vice* in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Gibbs Law Group LLP**

Address: c/o Gibbs Law Group LLP
1111 Broadway, Suite 2100
Oakland, CA 94607

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

| | |
|---|---|
| **Irene Oria, Esq.**<br>FL Bar No. 484570<br>**Barry Goheen (pro hac vice)**<br>**FisherBroyles, LLP**<br>199 E. Flagler St. #550<br>Miami, FL 33131<br>Tel.: (305) 536-2838<br>Facsimile: (305) 536-2838<br>Email: irene.oria@fisherbroyles.com<br>Email: barry.goheen@fisherbroyles.com<br>**Counsel for Defendants** | Jose I. Leon, Esq.<br>FL Bar No. 0958212<br>**GORDON & REES SCULLY MANSUKHANI**<br>100 SE Second Street, Suite 3900 Miami, Florida 33131<br>Tel.: (305) 428-5330<br>Facsimile: (877) 644-6209<br>Email: jleon@grsm.com<br>**Counsel for Non-Party ServiceTitan, Inc.** |

Dated: _____

Respectfully submitted,

_____Leslie M. Kroeger_____ . __(FLBN 989762)__
*Attorney Name*                                               *Bar Number*

__lkroeger@cohenmilstein.com__
*Attorney E mail Address*

__Cohen Milstein Sellers & Toll PLLC__
*Firm Name*

__11780 US Highway One Suite N500__
*Street Address*

__Palm Beach Gardens, FL 33408__
*City, State, Zip Code*

__(561)515-1400__           __(561)515-1401__
*Telephone: (xxx)xxx xxxx*      *Facsimile: (xxx)xxx xxxx*

**Alexiss Wright, Jerrick Buck, Yvonne Buck and the proposed class**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*