UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62441-BLOOM/Valle

ALEXISS WRIGHT, MARIA C. POZA,
JERRICK BUCK, and YVONNE BUCK,
*individuals, on behalf of themselves and
others similarly situated*,

    Plaintiffs,

v.

GREENSKY, INC.; GREENSKY, LLC;
GREENSKY HOLDINGS, LLC; and
GREENSKY MANAGEMENT
COMPANY, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice of Plaintiff Alexiss Wright's Claims, ECF No. [133], and Joint Stipulation of Voluntary Dismissal with Prejudice of Plaintiff Maria Poza's Claims, ECF No. [134] (collectively, "Stipulations"), filed on August 15, 2022. The Court has carefully reviewed the Stipulations, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulations, **ECF Nos. [133]**, **[134]**, are **APPROVED**.

2. Plaintiff Alexiss Wright's claims against Defendants are **DISMISSED WITH PREJUDICE**.

3. Plaintiff Maria Poza's claims against Defendants are **DISMISSED WITH PREJUDICE**.

Case No. 20-cv-62441-BLOOM/Valle

4. Each party shall bear its own attorneys' fees and costs.

5. Plaintiffs Jerrick Buck and Yvonne Buck's claims shall proceed against Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 16, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record